UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

INDIGO DENTAL GMBH & CO. KG,

                Plaintiff,

        -against-

08 CIVIL 7657 (RJS)

IVOCLAR VIVADENT, INC. Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Joseph V. Saphia__

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        __JS 3680__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: __KAYE SCHOLER LLP__

    To: __LOVELLS LLP__

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒ *Address:* __590 MADISON AVENUE, N.Y., N.Y. 10022__

☒ *Telephone Number:* __212 909 0600 ext 617__

☒ *Fax Number:* __212 909 0660__

☒ *E-Mail Address:* __joseph.saphia@lovells.com__

Dated: __9/2/2008__